# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| DOUGLASS DENSAL BROWN,<br><br>       Petitioner,<br> vs.<br>MATTHEW CATE, Secretary,<br><br>       Respondent. | CASE NO. 1:07-CV-1761 H (CAB)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

On October 1, 2007, Petitioner Douglass Densal Brown, a state prisoner proceeding pro se, filed a Petition challenging his June 19, 2005 parole revocation. (Doc. No. 1.)

Under Federal Rule of Appellate Procedure 22, "In a habeas corpus proceeding in which the detention complained of arises from process issued by a state court, . . . the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. § 2253(c)." Fed. R. App. P. 22(b)(1). The habeas statute provides that a certificate of appealability may issue only if the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Where, as here, the district court has rejected the petitioner's constitutional claims on the merits, the petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

/ / /

1   After due consideration of Petitioner's submissions and the record before the Court, the
2   Court has denied the Petition, concluding that there is no case or controversy before the Court
3   and that the state court's denial of his claim was neither contrary to nor an unreasonable
4   application of established Supreme Court law. For the same reasons expressed in the Court's
5   order denying Petitioner's Petition, the Court concludes that Petitioner has failed to make a
6   substantial showing of the denial of a constitutional right.

### Conclusion

8   Accordingly, the Court denies a certificate of appealability.

9   IT IS SO ORDERED.

10  DATED:   June 26, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT